FILED

Jan 13  2 15 PM '04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------:
GLORIA WEINSTOCK                : CIVIL ACTION NO. 3:02CV1326(PCD)
                                :
                                :
        Plaintiff,               :
                                :
v.                              :
                                :
OFFICER TIMOTHY WILK             :
                                :
        Defendant.               : JANUARY 9, 2004
---------------------------------------------------:

### DEFENDANT'S MOTION FOR RECONSIDERATION

In accordance with Local Rule 7(c), defendant Timothy Wilk respectfully moves for reconsideration of the portion of the Order dated December 16, 2003, in which the Court held that the plaintiff's claim for abuse of process survives summary judgment. It is respectfully submitted that the Court overlooked the fact that the plaintiff filed a single count complaint, not a two-count complaint, and that the defendant sought summary judgment on the entire complaint including the alleged abuse of process claim, which closely parallels the plaintiff's other claims that were all dismissed. Accordingly, the Court should enter summary judgment in Officer Wilk's favor on plaintiff's abuse of process claim.

The pertinent facts and law are set forth in the accompanying memorandum.

349697

DEFENDANT,
TIMOTHY WILK

By: _____
JAMES N. TALLBERG, ESQ.
Fed. Bar No. ct17849
Updike, Kelly & Spellacy, P.C.
One State Street, P.O. Box 231277
Hartford, CT 06123-1277
Tel. (860) 548-2600
jtallberg@uks.com

## CERTIFICATION

I hereby certify that a copy of the foregoing has been sent via U.S. Mail, postage prepaid, to the following counsel of record, this 9th day of January 2004:

Gregory E. Cerritelli, Esq.
Knight, Conway & Cerritelli, LLC
7-9 Elm Street, Suite 2L
New Haven, CT 06520

By: _____
JAMES N. TALLBERG, ESQ.
Updike, Kelly & Spellacy, P.C.

349697