UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

GLORIA WEINSTOCK

V.  Case Number:  3:02 cv 1326 (PCD)

TIMOTHY WILK

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on <u>April 20, 2004</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on May 20, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at New Haven, Connecticut, April 21, 2004.

KEVIN F. ROWE, CLERK

By: /s/_____
      Patricia A. Villano
      Deputy Clerk