## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| GLORIA WEINSTOCK | CIVIL ACTION NO. 3:02CV1326(PCD) |
| Plaintiff, | |
| v. | |
| OFFICER TIMOTHY WILK | |
| Defendant. | APRIL 21, 2004 |

### PLAINTIFF'S MOTION TO DISMISS

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the plaintiff, Gloria Weinstock, respectfully moves to voluntarily dismiss her complaint, with prejudice.

Respectfully Submitted,

PLAINTIFF,
GLORIA WEINSTOCK

By:_____
Gregory E. Cerritelli, Esq.
Fed. Bar No. ct 20784
Knight, Conway & Cerritelli, LLC
7-9 Elm Street, Suite 2L
New Haven, CT 06520

360341

## CERTIFICATION

I hereby certify that a copy of the foregoing has been sent via U.S. Mail, postage prepaid, to the following counsel of record, this 21 day of May 2004:

James N. Tallberg, Esq.
Updike, Kelly & Spellacy, P.C.
One State Street, P.O. Box 231277
Hartford, CT 06123-1277

By: _____
GREGORY E. CERRITELLI, ESQ.
Knight, Conway & Cerritelli, LLC

360341