# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT



| | |
|---|---|
| GLORIA WEINSTOCK : | |
| : | |
| VS. : | CASE NO. 3:02CV1326 (PCD) |
| : | |
| OFFICER TIMOTHY WILK : | |

## ENDORSEMENT ORDER

The Plaintiff's Motion to Dismiss, document no. 32, is GRANTED. Plaintiff's complaint is hereby dismissed with prejudice. The Clerk shall close the file.

SO ORDERED. Dated at New Haven, Connecticut, this 28th day of May, 2004.

Peter C. Dorsey, U.S. District Judge
United States District Court